UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.14-80025-TP-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAYNARD DOMMON,

    Defendant.
_____/

## AMENDED REPORT AND RECOMMENDATION

THIS CAUSE is before the Court for a final probable cause hearing on a petition for violation of supervised release. The Defendant, RAYNARD DOMMON, appeared before the Court on September 23, 2014. The Defendant is charged with 1 violations in the Petition testing and confirmed positive for cocaine in 5 urine samples submitted between 5/20 and 8/6, 2014.

The Court finds that the Defendant knowingly, intelligently, and voluntarily admits to violating his supervised release and would like to proceed to sentencing. The Court also finds that the Defendant knowingly, intelligently, and voluntarily waives his rights to a final probable cause hearing.

The Court **RECOMMENDS** that the District Court accept the Defendant's admission and find the Defendant guilty.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Senior United States District Court Judge Kenneth L. Ryskamp, within fourteen days of being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate

review of factual findings contained herein.  *See United States v. Warren*, 687 F.2d 347, 348 (11th Cir.1982), *cert. denied*, 460 U.S. 1087 (1983).

The Clerk is **ORDERED** to set this matter before the sentencing calendar of Senior United States District Court Judge Kenneth L.  Ryskamp.

**DONE and SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 9 day of October, 2014.

*James M. Hopkins*

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE


Copies to:
Honorable Kenneth L. Ryskamp, Senior United States District Judge
Counsel of record
U.S. Marshal
U.S. Probation
Clerk of Court