UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80025-TP-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAYNARD ROZERIO DOMMON

    Defendant.

_____/

## JUDGMENT & COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court at sentencing for violations of supervised release held on September 23, 2014. The Court adopts the Magistrate Judge's Report and Recommendation [DE 13] and finds Defendant in violation of his supervised release. It is hereby

**ORDERED and ADJUDGED** that the Defendant's term of supervised release imposed by the Court is **revoked** and the Defendant is committed to the custody of the U.S. Bureau of Prisons for a term of **5 months** with no supervision to follow.

**DONE and ORDERED** in West Palm Beach, this 12th day of December, 2014.

_____
**KENNETH L. RYSKAMP**
UNITED STATES DISTRICT JUDGE

cc:    All counsel